■ In the Matter of JACQUELINE BB., an Infant. CHARLOTTE BB., Appellant; TAMMY Jo BB., Respondent.—Appeal from an order of the Family Court of Schuyler County (Callanan, Sr., J.), entered August 2, 1989, which dismissed petitioner's application, in a proceeding pursuant to Domestic Relations Law article VII, for adoption of Jacqueline BB.

Order affirmed, without costs, upon the opinion of Judge

John P. Callanan, Sr. Mahoney, P. J., Casey, Mikoll, Yesawich, Jr., and Harvey, JJ., concur.